IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRANESSIA HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-0668 |
| | § | |
| CHASE HOME FINANCE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Opinion of today's date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on November 19, 2012, at Houston, Texas.

                                                  _____
                                                            Lee H. Rosenthal
                                                     United States District Judge